UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H. ROGERS, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:14-cv-01650 (APM) |
| ) | |
| **AMALGAMATED TRANSIT UNION,** ) | |
| **LOCAL 689, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

# ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 57, the court denies Plaintiff's Motion to Extend Time to Oppose Local 689's Motion for Attorneys' Fees and Costs, ECF No. 50, and Plaintiff's Motion for Reconsideration and to Relieve Plaintiff and Counsel from the Court's Orders, ECF No. 51.

The court thus affirms the award of attorney's fees and costs to Defendant Local 689. However, pursuant to the Supreme Court's recent decision in *Goodyear Tire & Rubber Co. v. Haeger*, 581 U.S. ___, 137 S. Ct. 1178 (2017), and as explained in the Memorandum Opinion, the court adjusts the total fees and costs award from $16,490 to $7,341.35. This amount reflects a fees award of $5,890 and a costs award of $1,451.35. Because the court finds that Plaintiff's counsel acted in bad faith during this litigation, it imposes the attorney's fees and costs award against Plaintiff's counsel. *See Roadway Exp., Inc. v. Piper*, 447 U.S. 752, 765–67.

This is a final, appealable Order.

Dated: May 1, 2017

Amit P. Mehta
United States District Judge

2